UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IVANA FRECH,

            Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

        Defendants.

Civil Action No. 23-2530 (CRC)

## **ANSWER**

Defendants Department of Health and Human Services; Xavier Becerra, Secretary of Health and Human Services; Office of Research Integrity ("Office"); Sheila Garrity, Director of Research Integrity; and H. Katrina Brisbon, Deputy Assistant Secretary for Acquisitions and Suspensions, by and through the undersigned counsel, respectfully responds as follows to the separately numbered paragraphs and prayer for relief in Plaintiff Ivana Frech's complaint, ECF No. 7, in this case under the Administrative Procedure Act ("APA"), 5 U.S.C. § 704. Any allegations not specifically admitted, denied, or otherwise responded to below are hereby denied.

To the extent the complaint refers to or quotes from external documents, statutes, or other sources, Defendants may refer to such materials for their complete and accurate contents, but such references are not intended to be, and should not be construed as, an admission that the cited materials are (1) correctly cited or quoted by Plaintiff, (2) relevant to this, or any other, action, or (3) admissible in this, or any other, action. For ease of reference, this Answer replicates the headings contained in the complaint. Although Defendants believe that such headings require no

response, to the extent that a response is deemed required and those headings and titles could be construed to contain factual allegations, those allegations are denied.

## COMPLAINT

The three introductory paragraphs at the beginning of the complaint consist of Plaintiff's characterization of this action, the harms alleged, and the relief sought, which require no response.

## INTRODUCTION AND STATEMENT OF FACTS

1.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

2.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

3.      Admitted.

4.      The first sentence of this paragraph purports to quote and characterize an investigative report, which is the best evidence of its contents. Defendants respectfully refer the Court to the report for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith. Defendants admit the remainder of this paragraph except insofar as it purports to characterize certain research papers, which Defendants aver are the best evidence of their contents. Defendants respectfully refer the Court to the papers for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

5.      This paragraph purports to characterize interview transcripts, which are the best evidence of their contents. Defendants respectfully refer the Court to the interview transcripts for complete and accurate statements of their contents, and deny the allegations inconsistent therewith. Defendants deny the remaining allegations in this paragraph.

6.      Defendants admit that the University of Utah investigation committee found that Plaintiff had committed research misconduct. This remainder of this paragraph purports to quote and characterize a report, which is the best evidence of its contents. Defendants respectfully refer the Court to the report for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

7.      This paragraph purports to quote and characterize certain federal regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith. The final sentence of this paragraph purports to quote and characterize the University of Utah's research-misconduct policy, which is the best evidence of its contents. Defendants respectfully refer the Court to the policy for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

8.      This paragraph consists of legal conclusions, which require no response, as well as purported characterization of the University of Utah's research-misconduct policy, which is the best evidence of its contents. Defendants respectfully refer the Court to the policy for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

9.      This paragraph purports to quote and characterize an investigative report, which is the best evidence of its contents. Defendants respectfully refer the Court to the report for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

10.     Defendants admit the first two sentences of this paragraph. The remainder of this paragraph purports to quote and characterize a university report, which is the best evidence of its contents. Defendants respectfully refer the Court to that report for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

11.     Defendants admit the first sentence of this paragraph, and deny the second sentence.

12.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph. The remainder of this paragraph purports to characterize certain correspondence, which is the best evidence of its contents. Defendants respectfully refer the Court to that correspondence for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

13.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph. The remainder of this paragraph purports to characterize a letter and certain research papers, which are the best evidence of their contents. Defendants respectfully refer the Court to those documents for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

14.     This paragraph purports to quote and characterize a letter, which is the best evidence of its contents. Defendants respectfully refer the Court to the letter for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith. Defendants otherwise deny the allegations in this paragraph.

15.     This paragraph purports to quote and characterize a letter, which is the best evidence of its contents. Defendants respectfully refer the Court to the letter for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith. Defendants otherwise deny the allegations in this paragraph.

16.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph, and deny the remaining allegations.

17.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first, second, fourth, and fifth sentences of this paragraph, and deny the

allegations in the third sentence. The allegations in the final sentence consist of legal conclusions, which require no response.

18.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

19.     Defendants deny that the exhibits to the letter were not provided with the letter, and aver that the Office instructed Plaintiff how to access the exhibits contemporaneously with the letter's issuance. Otherwise, admitted.

20.     This paragraph purports to characterize certain correspondence, which is the best evidence of its contents. Defendants respectfully refer the Court to that correspondence for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

21.     This paragraph purports to characterize certain correspondence, which is the best evidence of its contents. Defendants respectfully refer the Court to that correspondence for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

22.     This paragraph purports to characterize certain correspondence, which is the best evidence of its contents. Defendants respectfully refer the Court to that correspondence for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

23.     This paragraph consists of Plaintiff's characterization of this action, which requires no response.

24.     This paragraph consists of legal conclusions, which require no response.

25.     This paragraph consists of legal conclusions, which require no response.

26.     This paragraph consists of legal conclusions, which require no response.

27.     This paragraph consists of legal conclusions, which require no response.

28.     This paragraph consists of legal conclusions, which require no response.

29.     This paragraph consists of legal conclusions, which require no response.

30.     This paragraph consists of legal conclusions, which require no response.

31.     This paragraph consists of legal conclusions, which require no response.

32.     This paragraph consists of legal conclusions, which require no response.

33.     This paragraph consists of legal conclusions, which require no response.

34.     This paragraph consists of legal conclusions, which require no response.

35.     This paragraph consists of Plaintiff's characterization of the relief requested, which required no response.

## THE PARTIES, JURISDICTION, AND VENUE

36.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in the first sentence of this paragraph. The second sentence purports to characterize a communication, which is the best evidence of its contents. Defendants respectfully refer the Court to the communication for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith

37.     Admitted.

38.     Admitted.

39.     Admitted, except that the Office does not oversee and direct the regulatory research-integrity activities of the Food and Drug Administration.

40.     Admitted.

41.     Defendants admit the first sentence of this paragraph. The second sentence purports to characterize a regulation, which is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith.

42.     This paragraph consists of legal conclusions, which require no response.

43.     This paragraph consists of legal conclusions, which require no response.

## APPLICABLE LAW

### I.     GENERAL OVERVIEW OF RESEARCH MISCONDUCT

44.     This paragraph purports to characterize regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

45.     This paragraph purports to characterize a regulation, which is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statements of its contents, and deny any allegations inconsistent therewith.

46.     This paragraph purports to characterize a regulation, which is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statements of its contents, and deny any allegations inconsistent therewith.

47.     This paragraph purports to characterize regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

48.     This paragraph purports to characterize certain documents, which are the best evidence of their contents. Defendants respectfully refer the Court to these documents for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

49.     This paragraph purports to characterize certain documents, which are the best evidence of their contents. Defendants respectfully refer the Court to these documents for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

50.     This paragraph purports to characterize certain documents, which are the best evidence of their contents. Defendants respectfully refer the Court to these documents for complete and accurate statements of their contents, and deny any allegations inconsistent therewith. Otherwise, denied.

51.     The first sentence of this paragraph purports to characterize certain research papers, which are the best evidence of their contents. Otherwise, denied.

52.     Defendants admit the allegations in the first sentence of this paragraph. Otherwise, denied.

## II.      GENERAL OVERVIEW OF SUSPENSION AND DEBARMENT

53.     This paragraph purports to characterize a regulation, which is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statements of its contents, and deny any allegations inconsistent therewith.

54.     This paragraph purports to characterize regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

55.     This paragraph purports to characterize a regulation, which is the best evidence of its contents. Defendants respectfully refer the Court to the regulation for a complete and accurate statements of its contents, and deny any allegations inconsistent therewith.

56.     This paragraph purports to characterize regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

57.     This paragraph purports to characterize regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

58.     This paragraph purports to characterize regulations, which are the best evidence of their contents. Defendants respectfully refer the Court to the regulations for complete and accurate statements of their contents, and deny any allegations inconsistent therewith.

59.     This paragraph purports to characterize a regulation and certain documents, which are the best evidence of their contents. Defendants respectfully refer the Court to these materials for complete and accurate statements of their contents, and deny any allegations inconsistent therewith. Otherwise, denied.

60.     This paragraph consists of legal conclusions, which require no response, and purports to characterize a regulation and certain documents, which are the best evidence of their contents. Defendants respectfully refer the Court to these materials for complete and accurate statements of their contents, and deny any allegations inconsistent therewith. Otherwise, denied.

61.     This paragraph consists of legal conclusions, which require no response, and purports to characterize a letter, which is the best evidence of its contents. Defendants respectfully refer the Court to this letter for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith. Otherwise, denied.

62.     This paragraph consists of legal conclusions, which require no response, and purports to quote and characterize a letter, which is the best evidence of its contents. Defendants respectfully refer the Court to this letter for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith. Otherwise, denied.

63.     This paragraph consists of legal conclusions, which require no response, and purports to quote and characterize a letter, which is the best evidence of its contents. Defendants respectfully refer the Court to this letter for a complete and accurate statement of its contents, and deny any allegations inconsistent therewith. Otherwise, denied.

64.     This paragraph consists of legal conclusions, which require no response, and purports to quote and characterize certain documents, which are the best evidence of their contents. Defendants respectfully refer the Court to these documents for complete and accurate statements of their contents, and deny any allegations inconsistent therewith. Otherwise, denied.

65.     This letter consists of legal conclusions, which require no response.

## COUNT I

Violation of the Administrative Procedure Act, 5 U.S.C. §701, et seq. (Debarment)

66.     Defendants reallege and incorporate their responses paragraphs 1 through 65 as if fully set forth herein.

67.     This paragraph consists of legal conclusions, which require no response.

68.     This paragraph consists of legal conclusions, which require no response.

69.     This paragraph consists of legal conclusions, which require no response.

70.     This paragraph consists of legal conclusions, which require no response.

71.     This paragraph consists of legal conclusions, which require no response.

72.     This paragraph consists of legal conclusions, which require no response.

73.     This paragraph consists of legal conclusions, which require no response.

74.     This paragraph consists of legal conclusions, which require no response.

75.     This paragraph consists of legal conclusions, which require no response.

**COUNT II**

Violation of the Administrative Procedure Act, 5 U.S.C. §701, et seq. (Agency Findings)

76.     Defendants reallege and incorporate their responses paragraphs 1 through 75 as if fully set forth herein.

77.     This paragraph consists of legal conclusions, which require no response.

78.     This paragraph consists of legal conclusions, which require no response.

79.     This paragraph consists of legal conclusions, which require no response.

80.     This paragraph consists of legal conclusions, which require no response.

81.     This paragraph consists of legal conclusions, which require no response.

82.     This paragraph consists of legal conclusions, which require no response.

83.     This paragraph consists of legal conclusions, which require no response.

84.     This paragraph consists of legal conclusions, which require no response.

**PRAYER FOR RELIEF**

The remaining paragraphs consist of Plaintiff's prayer for relief, which require no response. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief requested or to any relief whatsoever.

\*       \*       \*

In further response to the Complaint, Defendants raise the following defenses. Defendants respectfully request and reserve the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendants throughout the course of this litigation.

First Defense

Plaintiff failed to exhaust administrative remedies.

<u>Second Defense</u>

Defendants' decision was the product of reasoned decision making, is supported by record evidence, is neither arbitrary nor capricious nor an abuse of discretion, and is consistent with the law.

Dated: November 20, 2023

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ _____
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*