UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2530 (CRC) |

## MEET AND CONFER REPORT

　　Pursuant to this Court's Order, ECF No. 13, Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity, by and through undersigned counsel, respectfully submit this Meet and Confer Report to propose further proceedings in this case. Plaintiff raises claims under the Administrative Procedure Act ("APA"), 5 U.S.C. § 704, challenging certain findings that she engaged in research misconduct and her debarment from eligibility for federal grants, contracts, and cooperative agreements. Because this case arises under the APA, Defendants contend that the provisions of Federal Rule of Civil Procedure ("Civil Rule") 26(f)(2) and Local Civil Rule 16.3(d) are inapplicable. *See* LCvR 16.3(b) ("The requirements of this Rule and [Civil Rule 26(f)] . . . shall not apply in . . . an action for review on an administrative record"). Frech does not necessarily share this view, and the parties nonetheless address the relevant provisions of these rules below.

　　The parties expect that this case will resolve on cross-motions for summary judgment. Frech may seek to pursue discovery, which Defendants contend is improper in this APA action, but has not yet made a decision. Defendants have sent Plaintiff a draft certified list of contents of the administrative record. After reviewing this list, Frech will determine whether she wishes to

pursue discovery, and, if so, file a motion to that effect, which Defendants expect to oppose. After any discovery-related issues are resolved, the parties will confer to propose a briefing schedule, to include Defendants' production of the administrative record and the filing of cross-motions for summary judgment, oppositions, and replies. The parties do not anticipate a need to amend the pleadings or join additional parties. The parties will determine whether some or all factual and legal issues can be agreed upon or narrowed after any discovery-related issues are resolved, but cannot do so before then. The parties have had informal discussions regarding the possibility of settlement, which have not proven fruitful. However, Frech believes that a possibility of settlement may exist and that alternative dispute resolution may assist in resolving this matter. Defendants do not believe that a realistic possibility of settlement exists or that this case could benefit from alternative dispute resolution at this time, but will continue to evaluate these options as the case proceeds. Defendants would consent to this case's assignment to a magistrate judge. Frech does not consent to assignment to a magistrate judge at this time. The parties do not anticipate trial.

Dated: January 8, 2024

/s/ _____
Jackson S. Nichols (DC Bar 975511)
Stephen D. Tobin (*pro hac vice*)
Paul E. Simon (DC Bar 1023006)
(D.D.C. *pro hac vice*)
900 Seventh Street, NW
Suite 725
Washington, DC 20001
Tel.: (202) 466-4110
Email: jnichols@cohensegalias.com

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ _____
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*