UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 23-2530 (CRC) |

**CERTIFIED LIST OF CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1), Defendants Department of Health and Human Services ("HHS"); Xavier Becerra, Secretary of Health and Human Services; Office of Research Integrity ("ORI"); Sheila Garrity, Director of ORI; and H. Katrina Brisbon, Deputy Assistant Secretary for Acquisitions and HHS Suspension and Debarment Official, by and through the undersigned counsel, respectfully file a certified list of the contents of the record of the underlying administrative proceedings in this case.

\* \* \*

| | |
|---|---|
| Dated: January 28, 2024 | Respectfully submitted, |
| | MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney |
| | BRIAN P. HUDAK<br>Chief, Civil Division |
| OF COUNSEL: | By: /s/ Bradley G. Silverman |
| SAMUEL R. BAGENSTOS<br>General Counsel | BRADLEY G. SILVERMAN<br>D.C. Bar No. 1531664<br>Assistant United States Attorney |
| JANICE L. HOFFMAN<br>Associate General Counsel | 601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575 |
| SUSAN MAXSON LYONS<br>Deputy Associate General Counsel for Litigation | bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |
| LUCY STARK.<br>Senior Attorney<br>Public Health Division<br>Public Health and Science Branch<br>(301) 443-0343<br>lucy.stark@hhs.gov | |
| Department of Health and Human Services<br>Office of the General Counsel | |

| # | Document Description | AR Bates Range |
|---|---|---|
| **NIH Grants and Publications** | | |
| 1. | NIH Grant R01 DK070947 (Charge Letter Ex. 2) | 1–47 |
| 2. | NIH Grant R01 DK090257 (Charge Letter Ex. 3) | 48–90 |
| 3. | NIH Grant R01 DK030534 (Charge Letter Ex. 4) | 91–154 |
| 4. | NIH Grant P50 GM082545 (Charge Letter Ex. 5) | 155–412 |
| 5. | NIH Grant R01 AI051174 (Charge Letter Ex. 6) | 413–465 |
| 6. | NIH Grant R01 HL026922 (Charge Letter Ex. 7) | 466–534 |
| 7. | *Dev. Cell.* 2008 Jul;15(1):62-73 (Charge Letter Ex. 8) | 535–546 |
| 8. | *Cell Metab.* 2011 Nov 2;14(5):635-46 (Charge Letter Ex. 9) | 547–558 |
| 9. | *Cell Metab.* 2011 Jan 5;13(1):57-67 (Charge Letter Ex. 11) | 559–569 |
| 10. | Retraction Notice, *Cell Metab.* 2012 Jun 6;15(6):927 (Charge Letter Ex. 10) | 570 |
| **Initial Allegations** | | |
| 11. | Nov. 3, 2011 Email from Ganz to Dahlberg re "Report of Scientific Misconduct" with PowerPoint attachment "De Domenico et al." | 571–597 |
| 12. | Nov. 4, 2011 Email from Dahlberg to Ganz re "Report of Scientific Misconduct" | 598–599 |
| 13. | Nov. 4, 2011 Email from Ganz to Dahlberg re "Report of Scientific Misconduct" | 600–601 |
| 14. | Nov. 4, 2011 Email exchange between Ganz and Dahlberg re "Report of Scientific Misconduct" | 602–604 |
| 15. | Nov. 4, 2011 Email exchange between Dahlberg and Botkin re "new allegations of misconduct" | 605–606 |
| **University of Utah Inquiry** | | |
| 16. | Nov. 28, 2011 Letter from Kaplan to Botkin | 607–608 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 17. | Jan. 19-20, 2012 Email exchange between Dahlberg and Botkin re "new allegations of misconduct DIO 4554" | 609–611 |
| 18. | Feb. 16, 2012 University of Utah Inquiry Report | 612–619 |
| 19. | Feb. 22, 2012 Research Integrity Officer Summary and Timeline | 620–622 |
| 20. | Feb. 23, 2012 Response from the respondents to the Inquiry Report | 623–632 |
| 21. | Mar. 7, 2012 Research Integrity Officer Report | 633–635 |
| 22. | Research Integrity Officer Report timeline | 636–637 |
| 23. | PowerPoint file labeled "Original Complainant allegations" | 638–663 |
| 24. | PowerPoint file labeled "New Allegations" | 664–706 |
| 25. | Mar. 14, 2012 Letter from Botkin to Dahlberg | 707 |
| **University of Utah Investigation** | | |
| 26. | Feb. 28, 2012 Email from Ganz to Dahlberg re "De Domenico et al., U. of Utah (Report of the Botkin Committee)" with attachment | 708–716 |
| 27. | Mar. 1, 2012 Email from Ganz to Dahlberg re "De Domenico et al., U. of Utah (Report of the Botkin Committee)" with attachment | 717–749 |
| 28. | Mar. 26, 2012 Email re "DIO case 4554 receipt" and Letter from Garfinkel to Botkin with enclosure | 750–758 |
| 29. | July 19, 2012 Letter from Kieffer & Sundquist to Botkin (Charge Letter Ex. 14) | 759–761 |
| 30. | July 21, 2012 Email from Plaintiff to Botkin re "PHI: Kieffer et al, clarification 7-21-2012" with attachment (Charge Letter Ex. 13) | 762–764 |
| 31. | July 26, 2012 Letter from Kieffer & Sundquist to Botkin (Charge Letter Ex. 15) | 765–767 |
| 32. | Aug. 8, 2012 Letter from Botkin to Dahlberg with enclosures | 768–775 |
| 33. | Oct. 5, 2012 Email exchange between Botkin and Dahlberg re "DIO 4554" | 776–777 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 34. | Nov. 15, 2012 Ward Response to Committee | 778–779 |
| 35. | Nov. 16, 2012 Response by Plaintiff to Investigation Report | 780–819 |
| 36. | Nov. 16, 2012 Detailed Response by Plaintiff to Investigation Report (Charge Letter Ex. 12) | 820–947 |
| 37. | Supplemental Response of Plaintiff Regarding Paper 10 | 948–957 |
| 38. | Nov. 19, 2012 Email from Botkin to Dahlberg re "Guidance" | 958 |
| 39. | Nov. 20, 2012 Email from Dahlberg to Botkin re "Guidance" | 959–961 |
| 40. | Dec. 14, 2012 University of Utah Investigation Committee Final Report (Charge Letter Ex. 1) | 962–1058 |
| 41. | 2005 University of Utah research misconduct policy | 1059–1067 |
| 42. | Dec. 17, 2012 Email from Botkin to Dahlberg re "DIO 4554" | 1068–1070 |
| 43. | Jan. 9, 2013 Letter from Parks to Plaintiff | 1071–1072 |
| 44. | Jan. 18, 2013 Letter from Lee to Plaintiff (Draft) | 1073 |
| 45. | June 3, 2013 Research Integrity Officer Report | 1074–1077 |
| 46. | June 10, 2013 Letter From Botkin To Dahlberg | 1078 |
| 47. | PowerPoint file labeled "Kieffer et al, Dev Cell 2008" | 1079–1084 |
| 48. | PowerPoint file labeled "ppt interview July 19, 2012" | 1085–1126 |
| 49. | March 2008 Ganz email exchanges | 1127–1130 |
| 50. | Document from Ganz labeled "pre-interview responses" | 1131–1133 |
| 51. | TIF file labeled "nb_6-4B-1" (Charge Letter Ex. 17) | 1134 |
| **University of Utah Interview Transcripts** | | |
| 52. | Transcript, part 1, of Nov. 8, 2011 Plaintiff interview | 1135–1152 |
| 53. | Transcript, part 2, of Nov. 8, 2011 Plaintiff interview | 1153–1229 |
| 54. | Summary of Nov. 8, 2011 Plaintiff interview | 1230–1232 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 55. | Transcript of Nov. 8, 2011 Kaplan interview | 1233–1271 |
| 56. | Summary of Nov. 8, 2011 Kaplan interview | 1272–1273 |
| 57. | Transcript of Feb. 7, 2012 Plaintiff interview | 1274–1418 |
| 58. | Summary of Mar. 5, 2012 meeting | 1419–1420 |
| 59. | Summary of Apr. 13, 2012 Initial Investigation Committee Meeting | 1421–1422 |
| 60. | Transcript of Ganz interview | 1423–1506 |
| 61. | Summary of June 19, 2012 Ganz interview | 1507–1511 |
| 62. | Summary of July 2, 2012 meeting with Plaintiff | 1512–1523 |
| 63. | Transcript of July 2, 2012 Plaintiff interview | 1524–1823 |
| 64. | Additional Transcript, part 1, of July 2, 2012 Plaintiff Interview | 1824–2019 |
| 65. | Additional Transcript, part 2, of July 2, 2012 Plaintiff Interview | 2020–2024 |
| 66. | Additional Transcript, part 3, of July 2, 2012 Plaintiff Interview | 2025–2184 |
| 67. | Summary of July 3, 2012 Kaplan interview | 2185–2191 |
| 68. | Transcript of July 3, 2012 Kaplan interview | 2192–2342 |
| 69. | Summary of July 16, 2012 Ward interview | 2343–2353 |
| 70. | Transcript of July 16, 2012 Ward interview | 2354–2595 |
| 71. | Additional Transcript of July 16, 2012 Ward interview | 2596–2871 |
| 72. | Summary of July 17, 2012 Plaintiff interview | 2872–2879 |
| 73. | Transcript of July 17, 2012 Plaintiff interview | 2880–3193 |
| 74. | Transcript of July 18, 2012 Sundquist interview | 3194–3262 |
| 75. | Summary of July 19, 2012 Plaintiff interview | 3263–3269 |
| 76. | Transcript of July 19, 2012 Plaintiff interview | 3270–3554 |
| 77. | Undated Transcript of Plaintiff interview | 3555–3745 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 78. | Undated Transcript of Plaintiff interview | 3746–3782 |
| 79. | Undated Transcript of Kaplan interview | 3783–3846 |
| | **University of Utah Appeal** | |
| 80. | Jan. 28, 2013 Letter from Plaintiff to University of Utah Office of the Academic Senate re "Request for Consolidated Hearing Committee Hearing on behalf of Dr. Ivana De Domenico" | 3847–3849 |
| 81. | Feb. 12, 2013 Email from Botkin to Dahlberg | 3850 |
| 82. | Feb. 12, 2013 Email from Dahlberg to Botkin | 3851–3852 |
| 83. | Mar. 15, 2013 Memorandum from University of Utah Investigation Committee, Botkin, Hoidal, Lee, and Parks to University of Utah Consolidated Hearing Committee re "Ivana De Domenico Research Misconduct Appeal: Response" | 3853–3862 |
| 84. | Apr. 4, 2013 McCormack Memorandum to Lee, Parks, and Plaintiff re CHC hearing | 3863–3866 |
| 85. | Apr. 12, 2013 Plaintiff's reply to Mar. 15, 2013 Memorandum | 3867–3892 |
| 86. | Apr. 24, 2013 Letter from Plaintiff to McCormack re Disclosures | 3893–3967 |
| 87. | Enclosure A (Table of Admissions) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3968–3976 |
| 88. | Enclosure B (Doc. 1 - Personal Statement of Dr. De Domenico) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3977–3986 |
| 89. | Enclosure B (Doc. 2 - CD Analysis Update) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3987–3988 |
| 90. | Enclosure B (Doc. 3 - Analysis of Independent Paper) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3989–3990 |
| 91. | Enclosure B (Doc. 4 - Updated on Biorad Issues) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3991–3996 |
| 92. | Enclosure B (Doc. 5 - Eric Lo Letter) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3997 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 93. | Enclosure B (Doc. 6 - Sample Index of Technician Files) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 3998–3999 |
| 94. | Enclosure B (Doc. 7 - C.V. of Dr. Roger Coulombe, Jr.) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4000–4027 |
| 95. | Enclosure B (Doc. 8 - Comparison of 12 Well Comb Size) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4028 |
| 96. | Enclosure B (Doc. 9 - Screenshot of Submitted Error Bar Files) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4029 |
| 97. | Enclosure B (Doc. 10 - Authorship Paper) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4030 |
| 98. | Enclosure B (Doc. 11 - Papers With Similar Error Bars) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4031–4033 |
| 99. | Enclosure B (Doc. 12 - Enclosure B Doc. 12- Documents on Excel Calculations) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4034–4038 |
| 100. | Enclosure C (witnesses to be introduced by Plaintiff) to Apr. 24, 2013 Letter from Plaintiff to McCormack | 4039 |
| 101. | Tab A (Table from institution for CHC hearing, listing instances of falsification) | 4040–4043 |
| 102. | CD containing Audio Recording of Apr. 29, 2013 University of Utah Consolidated Hearing Committee Hearing (slipsheet) | 4044 |
| 103. | May 8, 2013 University of Utah Office of the Academic Senate, Consolidated Hearing Committee Report and Recommendations | 4045–4053 |
| 104. | May 15, 2013 Letter from Plaintiff to Pershing | 4054–4059 |
| 105. | June 3, 2013 University of Utah President Decision to Plaintiff | 4060 |
| **ORI Oversight Review** | | |
| 106. | Sept. 6, 2013 Letter from Plaintiff to Dahlberg | 4061–4062 |
| 107. | Nov. 12, 2013 Email and Letter from Sundquist to Dahlberg (Charge Letter Ex. 16) | 4063–4075 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 108. | June 2, 2014 Email exchange between Dahlberg and Sundquist | 4076–4077 |
| 109. | Sept. 19, 2014 Letter from Plaintiff to Dahlberg | 4078–4080 |
| 110. | Index of Documents enclosed with Sept. 19, 2014 Letter from Plaintiff to Dahlberg | 4081 |
| 111. | Document described in Index of Documents as Appendix of Documents Referred to in Plaintiff Response, November 16, 2012 | 4082–4133 |
| 112. | May-June 2012 Retraction Watch blog posts | 4134–4145 |
| 113. | Pubchem entry: Deferasirox | 4146–4149 |
| 114. | Glycoproteomics, New England BioLabs | 4150–4169 |
| 115. | *Biochimica et Biophysica Acta*, 1131 (1992) 133-138 | 4170–4175 |
| 116. | *Adv. Nutr.* 2017;8:126–36 | 4176–4186 |
| 117. | *Physiol. Rev.* 93:1721–1741, 2013 | 4187–4207 |
| 118. | ORI Image Analysis (Charge Letter Ex. 18) | 4208–4220 |
| 119. | *EBioMedicine* 18 (2017) 41–49 | 4221–4229 |
| 120. | *J Hematol Oncol* (2017) 10:17 | 4230–4240 |
| 121. | *J Clin Invest*. 2018;128(7):2877-2893 | 4241–4258 |
| 122. | *J Clin Invest*. 2021;131(14):e146893 | 4259–4273 |
| 123. | *JNCI J Natl Cancer Inst* (2020) 112(5):507-515 | 4274–4282 |
| 124. | *Leukemia* (2017) 31, 1648–1650 | 4283–4285 |
| 125. | *Oncotarget*, 2017, Vol. 8, (No. 67), pp: 111213-111224 | 4286–4297 |
| 126. | U.S. Patent No. 11,298,338 B2 | 4298–4361 |
| 127. | U.S. Patent Application Pub. No. US 2019/0216771 A1 | 4362–4427 |
| 128. | U.S. Patent Application Pub. No. US 2020/0209247 A1 | 4428–4468 |
| 129. | U.S. Patent Application Pub. No. US 2022/0160679 A1 | 4469–4534 |

| # | Document Description | AR Bates Range |
|---|---|---|
| 130. | Dec. 2018 "Making the Rounds" newsletter, Univ. of Iowa Dept. of Internal Medicine. | 4535–4542 |
| 131. | June 21, 2020 Mercy Hospital Iowa City Facebook post | 4543–4545 |
| 132. | Apr. 19, 2023 Web of Science citation analysis results | 4546–4547 |
| 133. | NIH Grant R01 CA211513-01 | 4548–4632 |
| 134. | NIH Grant R01 CA226296-01 | 4633–4705 |
| 135. | NIH Grant R21 CA241892-01 | 4706–4782 |
| **HHS Charge Letter** | | |
| 136. | July 18, 2023 HHS Charge Letter to Plaintiff | 4783–4803 |
| 137. | July 18, 2023 Letter from ORI to Plaintiff re Exhibit Access | 4804 |
| 138. | Aug. 17, 2023 Letter from Plaintiff to ORI | 4805–4809 |
| 139. | Aug. 18, 2023 Email from ORI to Plaintiff in response to Aug. 17 Letter | 4810–4811 |
| 140. | Aug. 29, 2023 Letter from Garrity to Plaintiff | 4812–4813 |