UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-02530 (CRC) |

**CERTIFICATION OF ADMINISTRATIVE RECORD INDEX**

I, Thomas D. Baird, Ph.D., Scientist-Investigator, Office of Research Integrity ("ORI"), Department of Health and Human Services, hereby certify that, to the best of my knowledge, the documents identified in the attached Administrative Record index comprise the complete administrative record of ORI's findings of research misconduct and HHS's administrative actions against Plaintiff.

Dated: January 26, 2024

Thomas D. Baird, Ph.D.
Scientist-Investigator
Office of Research Integrity

1