UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2530 (CRC) |

### JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Jan. 15, 2024), Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") to propose a schedule for further proceedings in this case. Yesterday, Defendants filed the Certified List of Contents of the Administrative Record. *See* ECF No. 18. Defendants believe that this list is complete; Plaintiff is not certain of that, and would like time to review the record, which Defendants have made available to Plaintiff as of January 28, 2024 (a Sunday evening), to see whether she believes any materials are missing. Plaintiff has already brought to Defendants' attention certain materials that she believes belong in the record. Defendants do not necessarily agree that all these materials belong in the record, but have agreed to include them in the record so as to avoid needless litigation. Should Plaintiff bring to Defendants' attention additional materials that she believes belong in the record, the parties will confer in an effort to resolve the matter without need for this Court's active involvement. Only if such discussions prove unsuccessful will Plaintiff file any appropriate motion with this Court.

The parties agree that it would be most efficient to finalize the record's contents before proceeding to summary judgment briefing. They further agree that Plaintiff will notify Defendants of any concerns regarding the record's contents by March 13, 2024, and will not raise any further concerns about the record after that date. The parties thus respectfully request that the Court direct them to file an additional JSR by March 27, 2024. Should the parties resolve all issues regarding the record's contents by that date, they will propose a summary judgment briefing schedule at that time. Should outstanding issues remain despite the parties' best efforts to resolve them, the parties will propose a briefing schedule for any motion Plaintiff may file regarding the record's contents.

| | |
|---|---|
| Dated: January 29, 2024 | Respectfully submitted, |
| /s/_____ <br> Jackson S. Nichols (DC Bar 975511) <br> Stephen D. Tobin (*pro hac vice*) <br> Paul E. Simon (DC Bar 1023006) <br> (D.D.C. *pro hac vice*) <br> 900 Seventh Street, NW <br> Suite 725 <br> Washington, DC 20001 <br> Tel.: (202) 466-4110 <br> Email: jnichols@cohensegalias.com <br><br> *Attorneys for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/_____ <br>    BRADLEY G. SILVERMAN <br>    D.C. Bar #1531664 <br>    Assistant United States Attorney <br>    601 D Street NW <br>    Washington, DC 20530 <br>    (202) 252-2575 <br>    bradley.silverman@usdoj.gov <br><br> *Attorneys for the United States of America* |