**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IVANA FRECH,

                Plaintiff,

      v.

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*

                Defendants.

Civ. No. 1:23-cv-02530-CRC

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Dr. Ivana Frech's Motion for a Temporary Restraining Order/Preliminary Injunction, the relevant legal authorities, and the record of this case as a whole;

The Court finds that Plaintiff is likely to succeed on the merits of her claims. The Court further concludes that Plaintiff has shown a likelihood of irreparable injury in the absence of injunctive relief, that the balance of equities favors Plaintiff, and that an injunction would be in the public interest. Given these considerations, the Court finds that injunctive relief is warranted. It is, therefore,

ORDERED that Plaintiff's motion for a Temporary Restraining Order/Preliminary Injunction is GRANTED and the Defendants' debarment of Plaintiff is LIFTED.

Defendants and their officers, agents, employees, attorneys, as well as any other persons who are in active concert or participation with the foregoing, are ENJOINED from enforcing

debarment of Plaintiff and are ORDERED to remove her name from the System for Award

Management available at www.sam.gov.


DATE:  _____


_____
Hon.
United States District Judge

8928395.1 54774-0002