UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IVANA FRECH,

          Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES et al.,

          Defendants.

Civil Action No. 23-2530 (CRC)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order, (Jan. 30, 2024), Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity ("Office"), by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") to propose further proceedings in this case. Defendants respectfully request that this Court remand this case as Defendants will reexamine the agency action at issue in light of the three issues that this Court identified at the March 11, 2024 motion hearing: (1) whether Dr. Frech was personally responsible for the manipulation of Figure 4B in the January 2011 article, (2) the significance of the passage of time between the alleged research misconduct and the decision to propose Dr. Frech's debarment, and (3) whether Dr. Frech solely planned, initiated, and carried out the alleged wrongdoing. On remand, Defendants will permit Dr. Frech to submit any information to Defendants bearing on the matters raised by the Court. Upon receipt and review of Dr. Frech's submission, the agency will reexamine, in good faith, its findings and administrative actions, to include Dr. Frech's debarment. Dr. Frech consents to this request.

Defendants understand that the scope of any new action on remand would be narrow—any new action would stand exactly in the shoes of the extant action, and thus, have no impact on Dr.

Frech's ability to seek review from an Administrative Law Judge ("ALJ"). Defendants take the position that Dr. Frech did not timely seek an ALJ hearing, and cannot use a voluntary remand to be put in a better position on that front than she is in now. Thus, if Dr. Frech did not timely seek an ALJ hearing, no new right to an ALJ hearing would arise from the remand. Defendants' request for a remand is expressly conditioned on this understanding—to any extent that a remand would create a new right to seek an ALJ hearing, Defendants do not request a remand. Dr. Frech, meanwhile, does not concede that she in fact forfeited her right to seek an ALJ hearing at all, but rather, takes the view that the email communications between counsel for the parties back in August 2023 sufficed to preserve a right to seek an ALJ hearing. Dr. Frech thus believes no new right to seek an ALJ hearing is necessary, as she already has such a right. As such, the parties agree that a voluntary remand would not impact her right to seek an ALJ hearing either way.

Accordingly, Defendants respectfully request a voluntary remand to the Department of Health and Human Services. The parties propose that this Court direct them to file a JSR on June 27 and every 90 days thereafter until agency proceedings complete.

Dated: March 27, 2024                                    Respectfully submitted,

/s/_____                                  MATTHEW M. GRAVES, D.C. Bar #481052
Jackson S. Nichols (DC Bar 975511)                      United States Attorney
Stephen D. Tobin (*pro hac vice*)
Paul E. Simon (DC Bar 1023006)                          BRIAN P. HUDAK
(D.D.C. *pro hac vice*)                                 Chief, Civil Division
900 Seventh Street, NW
Suite 725                                               By: /s/_____
Washington, DC 20001                                        BRADLEY G. SILVERMAN
Tel.: (202) 466-4110                                        D.C. Bar #1531664
Email: jnichols@cohensegalias.com                           Assistant United States Attorney
                                                            601 D Street NW
*Attorneys for Plaintiff*                                   Washington, DC 20530
                                                            (202) 252-2575
                                                            bradley.silverman@usdoj.gov

                                                        *Attorneys for the United States of America*

2