UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES et al.,<br><br>    Defendants. | Civil Action No. 23-2530 (CRC) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Apr. 1, 2024), Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") to apprise the Court of the status of the proceedings in this matter on remand. For several weeks after this Court entered its Minute Order, the parties engaged in ongoing discussions in an effort to determine whether they could resolve their dispute by compromise, but ultimately determined that any further settlement discussions would be unfruitful. As the parties informed the Court in their last JSR, "[o]n remand, Defendants will permit Dr. Frech to submit any information to Defendants bearing on the matters raised by the Court. Upon receipt and review of Dr. Frech's submission, the agency will reexamine, in good faith, its findings and administrative actions, to include Dr. Frech's debarment. Dr. Frech consents to this request." ECF No. 31. Due to the parties' settlement discussions, Dr. Frech has not yet presented Defendants with her submission but intends to do so shortly. Upon receiving that submission, Defendants will undertake their reexamination of the agency action at issue in light of the full administrative record, the three issues that the Court

identified at the March 11, 2024 motion hearing, and Dr. Frech's submission. Pursuant to this Court's Minute Order, the parties will submit their next JSR by September 25, 2024.

| | |
|---|---|
| Dated: June 27, 2024 | Respectfully submitted, |
| /s/_____<br>Jackson S. Nichols (DC Bar 975511)<br>Stephen D. Tobin (*pro hac vice*)<br>Paul E. Simon (DC Bar 1023006)<br>(D.D.C. *pro hac vice*)<br>900 Seventh Street, NW<br>Suite 725<br>Washington, DC 20001<br>Tel.: (202) 466-4110<br>Email: jnichols@cohensegalias.com<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/_____<br>BRADLEY G. SILVERMAN<br>D.C. Bar #1531664<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |