UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES et al.,<br><br>    Defendants. | Civil Action No. 23-2530 (CRC) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Apr. 1, 2024), Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") to apprise the Court of the status of the proceedings in this matter on remand. On September 24, 2025, Dr. Frech submitted a letter and supporting exhibits to Defendants for their consideration as they reexamine their findings and administrative actions. That reexamination is now underway, and Defendants will issue any appropriate revised findings and administrative actions once that reexamination is complete. Defendants tentatively estimate that this process will complete before the next JSR deadline, i.e., December 24, 2024.

*   *   *

| | |
|---|---|
| Dated: September 25, 2024 | Respectfully submitted, |
| /s/ _____<br>Jackson S. Nichols (DC Bar 975511)<br>Stephen D. Tobin (*pro hac vice*)<br>Paul E. Simon (DC Bar 1023006)<br>(D.D.C. *pro hac vice*)<br>900 Seventh Street, NW<br>Suite 725<br>Washington, DC 20001<br>Tel.: (202) 466-4110<br>Email: jnichols@cohensegalias.com<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ _____<br>　　BRADLEY G. SILVERMAN<br>　　D.C. Bar #1531664<br>　　Assistant United States Attorney<br>　　601 D Street NW<br>　　Washington, DC 20530<br>　　(202) 252-2575<br>　　bradley.silverman@usdoj.gov<br><br>　　*Attorneys for the United States of America* |