UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IVANA FRECH,

    Plaintiff,

v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES et al.,

    Defendants.

Civil Action No. 23-2530 (CRC)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (Apr. 1, 2024), Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity, by and through the undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of the proceedings in this matter on remand. Defendants have completed their reexamination and issued revised findings and administrative action. The parties will confer and propose a briefing schedule to govern further proceedings.

\*   \*   \*

| | |
|---|---|
| Dated: December 24, 2024 | Respectfully submitted, |
| /s/ _____<br>Jackson S. Nichols (DC Bar 975511)<br>Stephen D. Tobin (*pro hac vice*)<br>Paul E. Simon (DC Bar 1023006)<br>(D.D.C. *pro hac vice*)<br>900 Seventh Street, NW<br>Suite 725<br>Washington, DC 20001<br>Tel.: (202) 466-4110<br>Email: jnichols@cohensegalias.com<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ _____<br>BRADLEY G. SILVERMAN<br>D.C. Bar #1531664<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |