UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IVANA FRECH, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES et al., <br><br> Defendants. | Civil Action No. 23-2530 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order (Dec. 27, 2024), Plaintiff Ivana Frech and Defendants Department of Health and Human Services, Xavier Becerra, H. Katrina Brisbon, and Office of Research Integrity, by and through the undersigned counsel, respectfully submit this Joint Status Report to propose that this Court establish the following briefing schedule:

| **Filing** | **Deadline** |
|---|---|
| Amended Certified List | January 24, 2025 |
| Plaintiff's Motion for Summary Judgment | February 25, 2025 |
| Defendants' Opposition and Cross-Motion | March 26, 2025 |
| Plaintiff's Reply and Cross-Response | April 24, 2025 |
| Defendants' Cross-Reply | May 15, 2025 |
| Excerpts of the Administrative Record | May 29, 2025 |

\* \* \*

| | |
|---|---|
| Dated: January 9, 2025 | Respectfully submitted, |
| /s/ _____<br>Jackson S. Nichols (DC Bar 975511)<br>Stephen D. Tobin (*pro hac vice*)<br>Paul E. Simon (DC Bar 1023006)<br>(D.D.C. *pro hac vice*)<br>900 Seventh Street, NW<br>Suite 725<br>Washington, DC 20001<br>Tel.: (202) 466-4110<br>Email: jnichols@cohensegalias.com<br><br>*Attorneys for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ _____<br>    BRADLEY G. SILVERMAN<br>    D.C. Bar #1531664<br>    Assistant United States Attorney<br>    601 D Street NW<br>    Washington, DC 20530<br>    (202) 252-2575<br>    bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |