UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IVANA FRECH,

                Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*

                Defendants.

Civ. No. 1:23-cv-02530-CRC

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by and through undersigned counsel, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The grounds for this motion are set forth more fully in Plaintiff's memorandum in support hereof, which is being filed herewith along with a proposed order and two exhibits, the latter a declaration by Plaintiff.[1]

Dated: March 4, 2025        Respectfully submitted,

                                    By: */s/ Jackson S. Nichols*
                                    Jackson S. Nichols (D.C. Bar #975511)
                                    Stephen D. Tobin (D.C. Bar #90020495) (D.D.C. *pro hac vice*)
                                    Paul E. Simon (D.C. Bar #1023006) (D.D.C. *pro hac vice*)
                                    Cohen Seglias Pallas Greenhall & Furman, P.C.
                                    900 Seventh Street NW, Suite 725
                                    Washington, DC 20001
                                    Tel: (202) 466-4110
                                    Email: jnichols@cohenseglias.com
                                    *Attorneys for Plaintiff*

---

[1] Plaintiff does not consider this declaration needs be part of the AR because it does involve information relevant to the Agency's findings or administrative actions; instead, this declaration is pertinent to *the harm* resulting from Plaintiff's Defendants' action – harm to the Plaintiff was not a consideration in Dr. Frech's debarment the Agency's action. Further, the information in this declaration has previously been made known to the Defendants (*e.g.*, *see* ECF No. 26 at 21-22).