# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>      Plaintiff,<br> v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, *et al.*<br><br>      Defendants. | Civ. No. 1:23-cv-02530-CRC |

### DECLARATION OF IVANA FRECH

Pursuant to 28 U.S.C. § 1746, I, Ivana Frech, hereby declare and state as follows:

1. I live in Coralville, Iowa. Coralville is suburb of Iowa City, Iowa.

2. On or about November 6, 2023, Mercy Iowa City ("Mercy"), the hospital I had been working as an administrator since 2020, was sold to the University of Iowa ("UI").

3. The hospital's official ownership changed on or about January 31, 2024.

4. Like many other Mercy employees, I received an offer from UI to continue employment with the hospital.

5. On January 30, 2024, UI rescinded its offer for employment because it learned that I had been debarred. UI policy precludes the university from employing anyone who has been excluded or debarred from participating in federal programs, irrespective of the position they occupy. Attachment A is the UI employment policy that I was provided.

6. On January 31, 2024, an attorney with UI informed my attorney that UI would like to hire me into the same position I held at Mercy. This same attorney followed up with an email stating that UI was hopeful that my debarment could be resolved soon so that a new offer of employment could be extended to me. *See* AR4834.

7. On February 20, 2024, UI's attorney again confirmed that if the debarment matter was resolved shortly that UI would be willing to extend a new offer of employment. *See* AR4838.

8. On March 3, 2025, I conducted a search via Google Maps for hospitals in the Iowa City and Coralville area of Iowa. The results of that search are attached to my declaration as Attachment D. Except for a Veterans Administration "(VA)" facility, which I am not eligible to work at due to my debarment, all of the hospitals in Iowa City and Coralville are owned by UI. These results are similar to the search results conducted on February 29, 2024. *See* ECF 26-2.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on March 3, 2025.

_____
IVANA FRECH

2

# Exhibit 2 – Attachment A

**UNIVERSITY OF IOWA HEALTH CARE**                    **Institutional Policy Manual**

---

**Human Resources – Policy**                                                     **HR.P.30**

---

**SUBJECT/TITLE:**   Screening and Exclusion Policy

**PURPOSE:** Federal and State laws prohibit hospitals that participate in federal health care programs, including Medicare, Medicaid and other governmental programs, from hiring or contracting with individuals or entities that have been excluded from participating in federal health care programs. This policy is to ensure the accurate and timely completion of exclusion screenings against the required government exclusion lists and to establish a review and corrective action process for positive matches.

**SCOPE:** Institutional

**DEFINITIONS:** Exclusion Lists - The Office of Inspector General (OIG) List of Excluded Individuals/Entities (LEIE - https://exclusions.oig.hhs.gov/ ), the System for Award Management (SAM - http://sam.gov), and all currently available state Medicaid exclusion databases.

**POLICY:**

A. UI Health Care will not knowingly employ or engage in a business relationship with individuals or entities if such individuals or entities have been excluded, debarred, or are otherwise ineligible to participate in federal government programs. This includes employees, medical staff, temporary/supplemental staff, independent contractors, vendors and Board members.

B. UI Health Care will remove individuals from responsibility for, or involvement in, any federal healthcare program, as well as those pending the resolution of any criminal charges or proposed exclusion sanction. Contractors under pending criminal charges shall be suspended from continued work until the matter is resolved in a Court of Law.

C. If an potential ineligible individual/entity is identified during any screening and exclusions process, the Joint Office for Compliance (JOC) must be notified, and in consultation with the Law Department will determine the appropriate course of action.

**PROCEDURES:**

A. **Employee / Physician / Independent Contractors**: Before hire, appointment, or contract agreement with an individual to do work for UI Health Care, an inquiry will be made into the eligibility status of each person. The inquiry shall include:

---

Printed copies are for reference only. Please refer to PolicyTech for the latest version.

1. Requiring applicants to disclose whether they have been convicted of a federal crime relating to the provision of health care items or services or if they are or have been excluded, debarred, or otherwise considered ineligible for participation in federal government programs; and

2. Reviewing the LEIE and SAM databases to confirm the prospective employee or physician, is not excluded or otherwise debarred.

3. UI Health Care Human Resources screens all new faculty, staff, and resident applicants for employment. Any potential matches are sent to JOC.

4. If an individual fails to disclose his/her excluded status, or it is discovered that they are listed on the LEIE or SAM exclusion databases, or if an individual is later added to the databases after hire and fails to disclose immediately any debarment, exclusion, or suspension, then any future employment, contractor relationship, or faculty status will be addressed including but not limited to disciplinary action and/or termination.

B. Periodic screening is performed by a member of the Heathcare Information Systems Team and any potential matches are sent to JOC.

  1. The LEIE data is compared to records for all employees, affiliates and non-employees tracked as ancillaries in the ERMA system.
  2. The comparison occurs between:
     a) the name from LEIE and the most recent 3 names on file for an individual,
     b) a match on the date of birth (if one was provided by LEIE), or
     c) the individuals date of birth to the exclusion date in the LEIE data to determine the persons age at the time of the exclusion.

C. **Contractors**: The University of Iowa Purchasing Department contracts with Visual Compliance to conduct exclusion checks at initiation of contracts with vendors. Any potential matches for vendors UI Health Care utilizes are sent to JOC.

D. Periodic screenings for vendors occur are conducted by the UI Purchasing Department through an outside vendor, Visual Compliance. Any potential matches for vendors UI Health Care utilizes are sent to JOC.

Source: Joint Office for Compliance
Effective Date: 6/2/2021
Version Number: 1
Date Revised:
Date Reviewed: 6/2/2021

# Exhibit 2 – Attachment B

Hospitals in Iowa City and Coralville, Iowa



