UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES et al.,<br><br>        Defendants. | Civil Action No. 23-2530 (CRC) |

**DEFENDANT'S UNOPPOSED MOTION
TO MODIFY BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Department of Health and Human Services, through the undersigned, respectfully moves the Court to modify the January 13, 2025, Scheduling Order by extending all remaining deadlines by thirty days. The most immediately affected event is Defendant's opposition and cross-motion for summary judgment, currently due on April 2, 2025.

Counsel for the parties conferred under Local Civil Rule 7(m) and Plaintiff does not oppose the requested relief.

There is good cause for the Court to grant the requested relief here. As explained to Plaintiff's counsel, Assistant U.S. Attorney Bradley Silverman is unexpectedly on leave and the undersigned is tasked with covering his substantial litigation docket, including this case. The undersigned is in the process of triaging Assistant U.S. Attorney Silverman's matters with immediate deadlines. In the next several days, the undersigned will reach out to opposing counsel in those cases to seek consent for additional time. The request for additional time here is made in good faith and out of necessity, and not for any dilatory motive. There is nothing in the record to suggest the requested relief will adversely affect the Court's orderly administration of this case.

Accordingly, Defendant respectfully requests the Court grant this motion and modify the Scheduling Order as to the remaining deadlines as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Defendant's Opposition and Cross-Motion for Summary Judgment | April 2, 2025 | May 2, 2025 |
| Plaintiff's Reply and Opposition to Cross-Motion for Summary Judgment | April 23, 2025 | May 23, 2025 |
| Defendant's Reply | May 7, 2025 | June 7, 2025 |
| Excerpt of the Administrative Record | May 28, 2025 | June 27, 2025 |

Dated: March 27, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

By: */s/ John C. Truong*
 JOHN C. TRUONG, D.C. Bar # 465901
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2524

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2530 (CRC) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion to Modify Scheduling Order and the entire record herein, it is this _____ day of _____, 2025,

ORDERED that Defendant's Unopposed Motion to Modify Scheduling Order is GRANTED; and it is

FURTHER ORDERED the January 13, 2025, Scheduling Order is hereby MODIFIED as follows:

| Events | Deadlines |
|---|---|
| Defendant's Opposition and Cross-Motion for Summary Judgment | May 2, 2025 |
| Plaintiff's Reply and Opposition to Cross-Motion for Summary Judgment | May 23, 2025 |
| Defendant's Reply | June 7, 2025 |
| Excerpt of the Administrative Record | June 27, 2025 |

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge