UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 23-2530 (CRC) |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants Department of Health and Human Services; Robert F. Kennedy, Jr., Secretary of Health and Human Services; Office of Research Integrity; Sheila Garrity, Director of the Office; and Jennifer D. Johnson, Acting Deputy Assistant Secretary for Acquisitions,[1] by and through the undersigned counsel, respectfully cross-moves for summary judgment. A memorandum of points and authorities in support thereof and proposed order are attached.

Dated: May 2, 2025

Respectfully submitted,

EDWARD R. MARTIN, Jr., D.C. Bar #481866
United States Attorney

By:  */s/ Bradley G. Silverman*
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Jennifer D. Johnson automatically substitutes for Katrina Brisbon.