UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Civil Action No. 23-2530 (CRC) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff's motion for summary judgment, Defendants' cross-motion for summary judgment, the various memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' cross-motion for summary judgment is GRANTED, and it is further

ORDERED that Plaintiff's motion for summary judgment is DENIED; and it is further

ORDERED that judgment is ENTERED for Defendants.

SO ORDERED.

_____  　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge