# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>              Plaintiff,<br>     v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, *et al.*<br><br>              Defendants. | Civ. No. 1:23-cv-2530 (CRC) |

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY
## BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P 6(b), Plaintiff, Dr. Ivana Frech, through undersigned counsel, respectfully moves the Court to modify the May 19, 2025, Scheduling Order (Scheduling Order) by extending all remaining deadlines by fourteen days. The most immediately affected event is Plaintiff's reply and opposition to cross-motion for summary judgment, currently due on June 13, 2025. Counsel for the parties conferred under Local Civil Rule 7(m) and Defendant does not oppose this request.

Good cause exists for the requested relief. The parties continue to engage in compromise discussions that have been productive and, if successful, will obviate the need for further briefing on the matter. These discussions remain ongoing and while, of course, it is not yet known if they will prove fruitful, Plaintiff believes it is in the best interests of the parties and the Court to extend the deadlines by which the remaining events must occur. The requested schedule modification will allow the parties to assess whether compromise to avoid the needless expenditure of resources and court action is possible and, if not, to move forward with the

litigation. There is nothing in the record to suggest the requested relief will adversely affect the Court's orderly administration of this case. This is Plaintiff's second request for this purpose.

Accordingly, Plaintiff respectfully requests the Court grant this motion and modify the Scheduling Order as to the remaining deadlines as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Plaintiff's Reply and Opposition to Cross-Motion for Summary Judgment | June 13, 2025 | June 27, 2025 |
| Defendant's Reply | June 30, 2025 | July 14, 2025 |
| Excerpt of the Administrative Record | July 18, 2025 | August 1, 2025 |

Dated: June 6, 2025

Respectfully submitted,

By: /s/ Jackson S. Nichols
Jackson S. Nichols (D.C. Bar #975511)
Stephen D. Tobin (D.C. Bar #90020495)
(D.D.C. *pro hac vice*)
Paul E. Simon (D.C. Bar #1023006) (D.D.C. *pro hac vice*)
Cohen Seglias Pallas Greenhall & Furman, P.C.
900 Seventh Street NW, Suite 725
Washington, DC 20001
Tel: (202) 466-4110
Email: jnichols@cohenseglias.com

*Attorneys for Plaintiff*

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IVANA FRECH,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, *et al.*<br><br>　　　　　　Defendants. | Civ. No. 1:23-cv-2530-CRC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion to Modify Scheduling Order and the entire record herein, it is this ____day of ____, 2025,

ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order is GRANTED; and it is

FURTHER ORDERED the May 19, 2025, Scheduling Order is hereby MODIFIED as follows:

| Events | Deadlines |
|---|---|
| Plaintiff's Reply and Opposition to Cross-Motion for Summary Judgment | June 27, 2025 |
| Defendant's Reply | July 14, 2025 |
| Excerpt of the Administrative Record | August 1, 2025 |

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

3